# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3646
_____

LEO PRICE, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Amended Petition for Belated Appeal – Original Jurisdiction.

February 6, 2018

PER CURIAM.

The amended petition seeking belated appeal is denied on the merits.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Leo Price, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.